**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**PATRICIA JEKOV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| PATRICIA JEKOV, | No.   2:12-CV-02768-CKD |
| Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Carolyn Colvin, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 15, 2013.

This is the first extension.

Dated: June 28, 2013              /s/   *Jesse S. Kaplan*
                                  JESSE S. KAPLAN
                                  Attorney for Plaintiff


Dated: June 28, 2013               /s/ *per e-mail authorization*

                                  ANNABELLE J. YANG
                                  Special Assistant U.S. Attorney
                                  Attorney for Defendant

1

<u>ORDER</u>

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to July 15, 2013. All other deadlines are extended accordingly.

SO ORDERED.

Dated: July 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE