JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
PATRICIA JEKOV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| PATRICIA JEKOV,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Carolyn Colvin,<br>　ACTING COMMISSIONER OF<br>　SOCIAL SECURITY,<br><br>　　　　Defendant._____/ | No.   2:12-CV-02768-CKD<br><br>STIPULATION AND  [proposed]<br>ORDER EXTENDING<br>PLAINTIFF'S TIME TO FILE<br>MOTION FOR SUMMARY<br>JUDGMENT |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to July 15, 2013.

　　　This is the first extension.

Dated: June 28, 2013　　　　　　　　　　　　／s/　 *Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated: June 28, 2013　　　　　　　　　　　　 */s/ per e-mail authorization*

　　　　　　　　　　　　　　　　　　　　　　　ANNABELLE J. YANG
　　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1

<u>ORDER</u>

For good cause shown, the requested extension of plaintiff's time to file a motion for summary judgment is extended to July 15, 2013. All other deadlines are extended accordingly.

SO ORDERED.

Dated: July 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE