BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA JEKOV,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner<br>of Social Security,<br>        Defendant. | Case No.  2:12-CV-02768-CKD<br><br>STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including September 18, 2013.  This extension is being sought due to the press of business; as such, Defendant's Counsel needs additional time to respond to Plaintiff's Motion for Summary Judgment.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: August 15, 2013

*/s/Jesse S. Kaplan*
JESSE S. KAPLAN
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: August 15, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: August 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE