1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ANNABELLE J. YANG
4 | Special Assistant United States Attorney

5 |    160 Spear Street, Suite 800
   San Francisco, California 94105
6 |    Telephone: (415) 977-8946
   Facsimile: (415) 744-0134
7 |    E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| PATRICIA JEKOV, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 2:12-CV-02768-CKD |
| | ) STIPULATION AND ORDER TO EXTEND TIME |
| CAROLYN W. COLVIN[1], | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including September 18, 2013. This extension is being sought due to the press of business; as such, Defendant's Counsel needs additional time to respond to Plaintiff's Motion for Summary Judgment.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | */s/Jesse S. Kaplan* |
| Dated: August 15, 2013 | JESSE S. KAPLAN |
|   | (as authorized via email) |
|   | Attorney at Law |
|   | Attorney for Plaintiff |
|   |   |
| Dated: August 15, 2013 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | DONNA L. CALVERT |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: |   |
|   | */s/ Annabelle J. Yang* |
|   | ANNABELLE J. YANG |
|   | Special Assistant U.S. Attorney |
|   | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  August 19, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE