1

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

2

3

4

5

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail:  Annabelle.Yang@ssa.gov

6

7

Attorneys for Defendant

8

9

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

11

12

PATRICIA JEKOV,                          )
                                         )
13                     Plaintiff,        )
                                         )          Case No.  2:12-CV-02768-CKD
14           v.                          )
                                         )          STIPULATION AND ORDER FOR
15                                       )          VOLUNTARY REMAND PURSUANT TO
                                         )          SENTENCE FOUR OF 42 U.S.C. § 405(g),
16   CAROLYN W. COLVIN[1],               )
     Acting Commissioner                 )
17   of Social Security,                 )
                       Defendant.        )
18                                       )
                                         )
19   _____)

20

21          IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22   attorneys, and with the approval of this Court, that the Commissioner of Social Security has

     agreed to a voluntary remand of this case pursuant to sentence four  of 42 U.S.C. § 405(g).

23          Upon remand, the Office of Disability Adjudication and Review will remand this case to

24   an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the

25   opportunity for a new hearing.  Specifically, the ALJ will re-contact Sultan A. Sultan, M.D., to

     determine if Plaintiff had a possible earlier date of onset.  The ALJ will also obtain medical

26   expert testimony and further evaluate Plaintiff's residual functional capacity.  The ALJ will

27

28

_____

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order for Remand                          Case No. 2:12-cv-02768-CKD

further evaluate the credibility of Plaintiff's statements regarding her reported symptoms and reassess the lay witness testimony of George Neyko.  If necessary, the ALJ will obtain testimony from a vocational expert.

Respectfully submitted,

Dated: August 29, 2013

*/s/Jesse S. Kaplan*
JESSE S. KAPLAN
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: August 29, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

### ORDER

APPROVED AND SO ORDERED.

Dated:  August 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE