BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8946
   Facsimile: (415) 744-0134
   E-Mail: Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA JEKOV,<br><br>       Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner<br>of Social Security,<br>       Defendant. | Case No. 2:12-CV-02768-CKD<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

   Upon remand, the Office of Disability Adjudication and Review will remand this case to an Administrative Law Judge (ALJ) and direct him or her to provide Plaintiff with the opportunity for a new hearing. Specifically, the ALJ will re-contact Sultan A. Sultan, M.D., to determine if Plaintiff had a possible earlier date of onset. The ALJ will also obtain medical expert testimony and further evaluate Plaintiff's residual functional capacity. The ALJ will

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

further evaluate the credibility of Plaintiff's statements regarding her reported symptoms and reassess the lay witness testimony of George Neyko. If necessary, the ALJ will obtain testimony from a vocational expert.

                                                Respectfully submitted,

Dated: August 29, 2013                       */s/Jesse S. Kaplan*
                                                JESSE S. KAPLAN
                                                (as authorized via email)
                                                Attorney at Law

                                                Attorney for Plaintiff

Dated: August 29, 2013                       BENJAMIN B. WAGNER
                                                United States Attorney
                                                DONNA L. CALVERT
                                                Acting Regional Chief Counsel, Region IX
                                                Social Security Administration

                            By:
                                                */s/ Annabelle J. Yang*
                                                ANNABELLE J. YANG
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

## **ORDER**

    APPROVED AND SO ORDERED.

Dated:  August 30, 2013

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE