UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA JEKOV, | No. 2:12-cv-2768 CKD |
| Plaintiff, | |
| v. | AMENDED EAJA AWARD |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The court previously awarded fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1), to plaintiff.  Defendant moves to amend the judgment, contending that such fees are subject to review by the Department of the Treasury in order to determine whether plaintiff owes a federal debt.  Defendant also contends the parties had agreed to settle the fee dispute for $2600.  Plaintiff does not oppose the motion.

Good cause appearing, IT IS HEREBY ORDERED that fees pursuant to the EAJA are awarded to plaintiff in the amount of $2,600.00.

After this order is issued, the government will consider any assignment of EAJA fees to plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2252-2253 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is

1

1  entered, the government will determine whether they are subject to any offset.

2      Fees shall be made payable to plaintiff, but if the Department of the Treasury determines
3  that plaintiff does not owe a federal debt, then the government shall cause the payment of fees to
4  be made directly to Jesse Kaplan pursuant to any assignment executed by plaintiff.  Any
5  payments made shall be delivered to Jesse Kaplan.

6  Dated: December 24, 2013

7      _____
    CAROLYN K. DELANEY
8      UNITED STATES MAGISTRATE JUDGE

10  4 jekov2768.eaja.amd

2